IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| JAMES HASS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | 1:05cv91(JCC) |
| | ) | |
| CYNTHIA DUNCAN, et al., | ) | |
| | ) | |
| Appellees. | ) | |

### O R D E R

For reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

(1) the order of the bankruptcy court is AFFIRMED; and

(2) the Clerk shall forward copies of this Order to all counsel of record.

July 6, 2004
Alexandria, Virginia

UNITED STATES DISTRICT JUDGE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY CLERK